**FILED**

AUG 14 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARIO JAIME DUARTE,                          )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )          Civil Action No. 12-679
                                             )
STATE OF SOUTH CAROLINA,                     )
                                             )
            Defendant.                       )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the

Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the

plaintiff was directed to submit a certified copy of his trust fund account statement (or

institutional equivalent), including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint, obtained from the appropriate official of each

prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has

not submitted the required financial information. Accordingly, the Court will dismiss the

complaint and this action. An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12